**Karol (Traylor) COON, Respondent,**

v.

**Wendell Dean COON, Appellant.**

**No. WD 46422.**

Missouri Court of Appeals,
Western District.

April 13, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1993.

Application to Transfer Denied
Aug. 17, 1993.

Elizabeth Hill Nigro, Blond & Nigro, Kansas City, for appellant.

Thomas Eugene Hankins, Gladstone, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from decree of dissolution of marriage. Judgment affirmed. Rule 84.-16(b).